## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: DENSO-MANUFACTURED TOYOTA FUEL
PUMP MARKETING, SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION                                          MDL No. 2956


(SEE ATTACHED SCHEDULE)


## ORDER DEEMING MOTION WITHDRAWN
## AND VACATING THE SEPTEMBER 24, 2020, HEARING SESSION ORDER


    Before the Panel is a motion by plaintiffs Lenard Shoemaker, et al. filed pursuant to 28 U.S.C. § 1407. In their motion, plaintiffs seek centralization of the actions listed on the attached Schedule in the United States District Court for the Eastern District of Michigan for coordinated or consolidated pretrial proceedings. Movants now seek to withdraw their Section 1407 motion. Movants indicate that no interested party opposes the withdrawal.

    IT IS THEREFORE ORDERED that plaintiffs' motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 18, 2020, are VACATED insofar as they relate to this matter.


FOR THE PANEL:

_____
John W. Nichols
Clerk of the Panel

IN RE: DENSO-MANUFACTURED TOYOTA FUEL
PUMP MARKETING, SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION                                      MDL No. 2956

## SCHEDULE OF ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **FLORIDA SOUTHERN** | | | |
| FLS | 9 | 20-80871 | Tordjman v. Toyota Motor North America, Inc. et al |
| **NEW JERSEY** | | | |
| NJ | 2 | 20-06607 | ZUO v. TOYOTA MOTOR NORTH AMERICA, INC. et al |
| **NEW YORK EASTERN** | | | |
| NYE | 1 | 20-00629 | Cheng v. Toyota Motor Corporation et al |
| NYE | 1 | 20-02450 | Chalal v. Toyota Motor Corporation et al |
| NYE | 1 | 20-02493 | Feng v. Toyota Motor North America, Inc. et al |
| NYE | 1 | 20-02947 | Elizabeth Gendron et al v. Toyota Motor Corporation et al |
| **PENNSYLVANIA MIDDLE** | | | |
| PAM | 3 | 20-00869 | Shoemaker v. Toyota Motor North America, Inc. et al |
| **VIRGINIA EASTERN** | | | |
| VAE | 1 | 20-00665 | Marques et al v. Toyota Motor North America, Inc. et al |